IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60699
Conference Calendar

_____

JOHN M. JACKSON,

                                        Plaintiff-Appellant,

versus

WINSTON COUNTY JAIL;
MIKE ESTES, Sheriff, Winston County,
Mississippi; JOHNNY HOLDINESS,
Deputy Sheriff, Winston County, Mississippi,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:96-CV-359-S-D
- - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

    John M. Jackson, Mississippi prisoner # 78478, appeals the
summary judgment dismissal of his civil rights lawsuit, alleging
deliberate indifference to his serious medical needs.

    Jackson has failed to set forth any specific facts that
would show how the lack of orthopedic treatment during the

_____

    [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

    [**]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

relatively brief period of time he was in the appellees' custody over the course of one night was characterized by deliberate indifference.  See Hare v. City of Corinth, Miss., 74 F.3d 633, 639 (5th Cir. 1996)(en banc); Farmer v. Brennan, 511 U.S. 825, 840-41 (1994)  The district court's judgment is therefore AFFIRMED.  Jackson's motions for the appointment of counsel and for oral argument are DENIED.

JUDGMENT AFFIRMED; MOTIONS DENIED.